Opinion filed November 17, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed November 17, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00329-CV 

 

                                                    __________

 

                                    CECILIA K. BARBER, Appellant

 

                                                             V.

 

                     STATE
OFFICE OF RISK MANAGEMENT, Appellee

 



 

                                         On
Appeal from the 118th District Court

 

                                                        Howard
County, Texas

 

                                                    Trial
Court Cause No. 42157

 



 

                                             M
E M O R A N D U M  O P I N I O N

On September 28, 2005, the trial court signed the
order granting the State Office of Risk Management=s
plea to the jurisdiction.  Cecilia K.
Barber timely filed a notice of appeal. 
However, Barber did not file an affidavit of inability to pay costs when
she filed her notice of appeal pursuant to TEX.R.APP.P. 20.1. 








Barber was directed to pay the required filing fee
on or before November 9, 2005.  The
appellate record was due to be filed in this court on or before November 2,
2005.  Neither the required filing fee
nor the appellate record have been filed. 

Therefore, the appeal is dismissed. 

 

PER CURIAM

 

November 17, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.